## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00064-JB-MU |
| JASON EMEAL ROBINSON | : |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, Jason Emeal Robinson, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered pleas of guilty to **Counts One and Two** of the Indictment charging a violation of Title 18 U.S.C. § 371 (Conspiracy to Commit Interstate Transportation of Stolen Vehicles) and § 2312 (Interstate Transportation of a Stolen Vehicle).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the pleas of guilty be accepted and that Defendant be adjudged guilty, remain on conditions of release pending sentencing, and have sentence imposed accordingly.

DONE and ORDERED this 26th day of January, 2026.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.