**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00064-JB-MU |
| JASON EMEAL ROBINSON | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 111) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One and Two of the Indictment charging a violation of Title 18 U.S.C. § 371, conspiracy to commit interstate transportation of stolen vehicles and § 2312 interstate transportation of a stolen vehicle is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **July 27, 2026, at 9:30 a.m.**

**DONE and ORDERED** this 12th day of February 2026.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE